**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID EMMANUEL GOMEZ TORRES,**<br>**Petitioner,**<br>**v.**<br>**TODD BLANCHE, et al.,**<br>**Respondents.** | **NO. 5:26-cv-04209-KS**<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.

DATED: September 21, 2026

Karen L. Stevenson
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE